**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7
☑ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

**12/17**

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| **1.** | **Your full name** | | |
| | Write the name that is on your government-issued picture identification (for example, your driver's license or passport). | **Darren**<br>First name<br><br>**Dwayne**<br>Middle name<br><br>**Austin**<br>Last name and Suffix (Sr., Jr., II, III) | **Ganice**<br>First name<br><br>**Morgan**<br>Middle name<br><br>**Austin**<br>Last name and Suffix (Sr., Jr., II, III) |
| | Bring your picture identification to your meeting with the trustee. | | |
| **2.** | **All other names you have used in the last 8 years**<br>Include your married or maiden names. | | |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-0479 | xxx-xx-0935 |

| Debtor 1 | **Darren Dwayne Austin** |
|---|---|
| Debtor 2 | **Ganice Morgan Austin** |

Case number *(if known)*

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ☑ I have not used any business name or EINs.<br><br>Business name(s)<br><br>EINs | ☐ I have not used any business name or EINs.<br><br>**Ganice Morgan-Austin**<br>Business name(s)<br><br>**06-182211**<br>EINs |
| **5. Where you live** | **958 Larkspur Road**<br>**Oakland, CA 94610**<br>Number, Street, City, State & ZIP Code<br><br>**Alameda**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>Number, Street, City, State & ZIP Code<br><br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) | *Check one:*<br><br>☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) |

Official Form 101     **Voluntary Petition for Individuals Filing for Bankruptcy**     page 2

| Part 2: | Tell the Court About Your Bankruptcy Case |
|---|---|

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)*). Also, go to the top of page 1 and check the appropriate box.

- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

- ☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- ☐ No.
- ☑ Yes.

| | District | When | Case number |
|---|---|---|---|
| District | **Northern District of CA - Oakland Division** | When **12/27/18** | Case number **17-43173** |
| District | **Alameda** | When **11/01/18** | Case number |
| District | **See Attachment** | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ☑ No
- ☐ Yes.

| Debtor | | Relationship to you | |
|---|---|---|---|
| District | | When | Case number, if known |
| Debtor | | Relationship to you | |
| District | | When | Case number, if known |

**11. Do you rent your residence?**

- ☑ No. Go to line 12.
- ☐ Yes. Has your landlord obtained an eviction judgment against you?
  - ☐ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |
|---|---|

**12.  Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☐ No.  Go to Part 4.

☑ Yes.  Name and location of business

**Ganice Morgan-Austin**
Name of business, if any

**958 Larkspur Rd**
**Oakland, CA 94610**
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☑ None of the above

**13.  Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

☐ No.   I am not filing under Chapter 11.

☐ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☑ Yes.  I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---|---|

**14.  Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No.
☐ Yes.

What is the hazard?  _____

If immediate attention is needed, why is it needed?  _____

Where is the property?  _____
Number, Street, City, State & Zip Code

**Part 5:**　**Explain Your Efforts to Receive a Briefing About Credit Counseling**

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**15.** **Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16.**  What kind of debts do you have?

**16a.**  **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

☑ Yes. Go to line 17.

**16b.**  **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

**16c.**  State the type of debts you owe that are not consumer debts or business debts

_____

**17.**  Are you filing under Chapter 7?

☑ No.  I am not filing under Chapter 7. Go to line 18.

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

☐ Yes.  I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

**18.**  How many Creditors do you estimate that you owe?

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**19.**  How much do you estimate your assets to be worth?

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20.**  How much do you estimate your liabilities to be?

☐ $0 - $50,000
☐  $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Darren Dwayne Austin**                                    **/s/ Ganice Morgan Austin**

**Darren Dwayne Austin**                                         **Ganice Morgan Austin**
Signature of Debtor 1                                                Signature of Debtor 2

Executed on  **May 28, 2019**                          Executed on  **May 28, 2019**
                    MM / DD / YYYY                                                       MM / DD / YYYY

| Debtor 1 | **Darren Dwayne Austin** | | |
|---|---|---|---|
| Debtor 2 | **Ganice Morgan Austin** | Case number *(if known)* | |

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

| /s/ Matthew D. Metzger | Date | **May 28, 2019** |
|---|---|---|
| Signature of Attorney for Debtor | | MM / DD / YYYY |

**Matthew D. Metzger 240437**
Printed name

**Belvedere Legal, PC**
Firm name

**1777 Borel Place, Suite 314**
**San Mateo, CA 94402**
Number, Street, City, State & ZIP Code

Contact phone **415-513-5980**    Email address **info@belvederelegal.com**

**240437 CA**
Bar number & State

Official Form 101    **Voluntary Petition for Individuals Filing for Bankruptcy**    page 7

Debtor 1     **Darren Dwayne Austin**
Debtor 2     **Ganice Morgan Austin**                          Case number *(if known)* _____

---

**Fill in this information to identify your case:**

Debtor 1          **Darren Dwayne Austin**
                  First Name        Middle Name          Last Name

Debtor 2          **Ganice Morgan Austin**
(Spouse if, filing)  First Name        Middle Name          Last Name

United States Bankruptcy Court for the:     NORTHERN DISTRICT OF CALIFORNIA

Case number
(if known)     _____

                                                    ☐ Check if this is an
                                                      amended filing

# FORM 101. VOLUNTARY PETITION

## <u>Prior Bankruptcy Cases Filed Attachment</u>

| <u>District</u> | <u>Case Number</u> | <u>Date Filed</u> |
|---|---|---|
| **Northern District of CA - Oakland Division** | **17-43173** | **12/27/18** |
| **Alameda** | | **11/01/18** |
| **Northern District of Ca - Oakland Division** | **18-41541** | **7/03/18** |
| **Northern District of CA - Oakland Division** | **15-42735** | **11/08/17** |
| **Northern District of CA - Oakland Division** | **11-47516** | **7/15/11** |

Official Form 101          **Voluntary Petition for Individuals Filing for Bankruptcy**          page 8

MATTHEW D. METZGER (SBN 240437)
mmetzger@belvederelegal.com
BELVEDERE LEGAL, PC
1777 Borel Place, Suite 314
San Mateo, CA 94402
Telephone: (415) 513-5980
Facsimile: (415) 513-5985

*Proposed Attorneys for Debtors*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| **In re** | Case No. 19- |
| | Chapter 11 |
| **DARREN DWAYNE AUSTIN**<br>**GANICE MORGAN-AUSTIN** | |
| **Debtors,** | **Date:**<br>**Time:**<br>**Ctrm:** |
| **SSN: XXX-XX-0479**<br>**SSN: XXX-XX-0935** | |

## <u>DECLARATION OF GANICE MORGAN-AUSTIN<br>IN SUPPORT OF<br>SMALL BUSINESS DEBTOR DESIGNATION</u>

I, Ganice-Morgan-Austin declare as follows:

1.     I am the Joint Debtor-in-Possession ("Joint Debtor") in the above-captioned chapter 11 case. I have personal knowledge of the matters stated herein and if called as a witness, I could and would competently testify to the following.

2.     As a real estate agent, I am engaged in business or commercial activities.

3.     Our aggregate noncontingent liquidated secured and unsecured debts as of the date of filing of the petition or order for relief do not exceed $2,566,050 (excluding debts owed affiliates or insiders).

4.     I am informed and aware that a small business debtor must append to the petition:

1    • its most recent balance sheet;

2    • statement of operations;

3    • cash-flow statements;

4    • federal income tax return; or

5    • a statement made under penalty of perjury that such documents have not been

6    prepared and no federal tax return has been filed.

7    11 USC § 1116(1).

8    5.    As of the petition date, the documents identified hereinabove have not been

9    prepared and we filed an extension but have not yet filed our 2018 federal tax return.

10    6.    However, to demonstrate my income for 2018 and 2019 YTD, I have my summary

11    of gross income received as a real estate agent.

12    7.    Attached as Exhibit A is my real estate commission income summary for 2018 and

13    2018 YTD.

14    I declare under penalty of perjury that the foregoing is true and correct. Executed this

15    28thh day of May, 2019 at Oakland, California.

16                                    /s/ Ganice Morgan-Austin
                                      Ganice Morgan Austin

-2-

# EXHIBIT A

# MY EARNINGS 

SUMMARY | LISTINGS | PENDINGS | CLOSINGS | EARNINGS | HELP | LOG OUT

**Associate:** Ganice Morgan-Austin
**Office Start Date:** 8/17/2018

**Office:** 94010401 (94010401)
**Branch Address:** 6137 La Salle Ave
Oakland, CA 946112801

**Last Updated:** 5/26/2019

| 1099 Earnings by Quarter | 1st Qtr | 2nd Qtr | 3rd Qtr | 4th Qtr |
|---|---|---|---|---|
| Current Year (2019) | $20,607 | $47,868 | $0 | $0 |
| Prior Year (2018) | $53,301 | $80,403 | $48,294 | $35,550 |

| | Year-to-date | Prior Year |
|---|---|---|
| 1099 Earnings | $68,474 | $217,549 |
| Closed Sides (Units) | 4.00 | 14.00 |
| Closed Volume | $3,053,000.00 | $9,821,000.00 |
| Average Sales Price | $763,250.00 | $701,500.00 |
| Level Earnings | $83,505.00 | |
| Award Units | 4.00 | 14.00 |
| Award GCI | $83,505.00 | $281,362.50 |
| Pending Sides (Units) | 2.00 | |
| Pending Commission | $29,561.00 | |
| Listings | 0.00 | |

© Copyright 2019 - NRT LLC - All Rights Reserved

Certificate Number: 12459-CAN-CC-032867498



12459-CAN-CC-032867498

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>May 24, 2019</u>, at <u>12:04</u> o'clock <u>AM PDT</u>, <u>Darren Austin</u> received from <u>Abacus Credit Counseling</u>, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the <u>Northern District of California</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date: <u>May 24, 2019</u>          By:    <u>/s/Veronica Castro</u>

                                    Name:  <u>Veronica Castro</u>

                                    Title: <u>Credit Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).

Certificate Number: 12459-CAN-CC-032867497



12459-CAN-CC-032867497

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>May 24, 2019</u>, at <u>12:04</u> o'clock <u>AM PDT</u>, <u>Ganice Morgan-Austin</u> received from <u>Abacus Credit Counseling</u>, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the <u>Northern District of California</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date: <u>May 24, 2019</u>                    By:      <u>/s/Veronica Castro</u>

Name:  <u>Veronica Castro</u>

Title:   <u>Credit Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).

| Debtor 1 | **Darren Dwayne Austin** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Ganice Morgan Austin** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders                12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

| | | | Unsecured claim |
|---|---|---|---|

**1**

**Ally Financial**
**Attn: Bankruptcy**
**Po Box 380901**
**Bloomington, MN 55438**

What is the nature of the claim?   **Lease**         $ **$1,159.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)   $ _____
        Value of security:              - $ _____
        Unsecured claim               $ _____

_____
Contact
_____
Contact phone

**2**

**Bmw Financial Services**
**Attn: Bankruptcy Department**
**Po Box 3608**
**Dublin, OH 43016**

What is the nature of the claim?   **2014 BMW I3 50000 miles**         $ **$3,160.00**
Vehicle:

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
☐ No
_____      Yes. Total claim (secured and unsecured)   $ **$13,660.00**
Contact

B104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 1

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1 **Darren Dwayne Austin**
Debtor 2 **Ganice Morgan Austin**

Case number *(if known)* _____

| | | |
|---|---|---|
| ■ | Value of security: | - $ **$10,500.00** |
| Contact phone _____ | Unsecured claim | $ **$3,160.00** |

---

**3**

**Capital One**
**Attn: Bankruptcy**
**Po Box 30285**
**Salt Lake City, UT 84130**

Contact _____

Contact phone _____

What is the nature of the claim?    <u>Credit Card</u>    $ **$254.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
    Value of security:    - $ _____
    Unsecured claim    $ _____

---

**4**

**Capital One**
**Attn: Bankruptcy**
**Po Box 30285**
**Salt Lake City, UT 84130**

Contact _____

Contact phone _____

What is the nature of the claim?    <u>Credit Card</u>    $ **$217.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
    Value of security:    - $ _____
    Unsecured claim    $ _____

---

**5**

**Capital One**
**Attn: Bankruptcy**
**Po Box 30285**
**Salt Lake City, UT 84130**

Contact _____

Contact phone _____

What is the nature of the claim?    <u>Credit Card</u>    $ **$5,693.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
    Value of security:    - $ _____
    Unsecured claim    $ _____

---

**6**

**Citibank/Best Buy**
**Attn: Bankruptcy**
**Po Box 790441**
**St. Louis, MO 63179**

What is the nature of the claim?    <u>Charge Account</u>    $ **$432.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 2

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case: 19-41221    Doc# 1    Filed: 05/28/19    Entered: 05/28/19 08:25:32    Page 16 of 24

| Debtor 1 | **Darren Dwayne Austin** | |
|---|---|---|
| Debtor 2 | **Ganice Morgan Austin** | Case number *(if known)* |

☐ Disputed

■ None of the above apply

**Does the creditor have a lien on your property?**

■ No

☐ Yes. Total claim (secured and unsecured) $ _____

Value of security: - $ _____

Contact

Contact phone

Unsecured claim $ _____

---

**7**

**David Sternberg**
**540 Lennon Ln Suite A**
**Walnut Creek, CA 94598**

What is the nature of the claim? _____ $ **$45,000.00**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

■ None of the above apply

**Does the creditor have a lien on your property?**

■ No

☐ Yes. Total claim (secured and unsecured) $ _____

Value of security: - $ _____

Contact

Contact phone

Unsecured claim $ _____

---

**8**

**Department of Education/Nelnet**
**Attn: Claims**
**Po Box 82505**
**Lincoln, NE 68501**

What is the nature of the claim? **Educational** $ **$10,379.00**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

■ None of the above apply

**Does the creditor have a lien on your property?**

■ No

☐ Yes. Total claim (secured and unsecured) $ _____

Value of security: - $ _____

Contact

Contact phone

Unsecured claim $ _____

---

**9**

**ERC/Enhanced Recovery Corp**
**Attn: Bankruptcy**
**8014 Bayberry Road**
**Jacksonville, FL 32256**

What is the nature of the claim? **Collection Attorney At** $ **$99.00**
**T Wireline**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

■ None of the above apply

**Does the creditor have a lien on your property?**

■ No

☐ Yes. Total claim (secured and unsecured) $ _____

Value of security: - $ _____

Contact

Contact phone

Unsecured claim $ _____

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 3

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

---

**10**

FedLoan Servicing
Attn: Bankruptcy
Po Box 69184
Harrisburg, PA 17106

What is the nature of the claim?     Educational     $ **$13,432.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)     $ _____
    Value of security:     - $ _____
    Unsecured claim     $ _____

Contact _____

Contact phone _____

---

**11**

Franchise Tax Board
Bankruptcy Section, MS A-340
PO Box 2952
Sacramento, CA 95812-2952

What is the nature of the claim?     state taxes     $ **$20,000.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)     $ _____
    Value of security:     - $ _____
    Unsecured claim     $ _____

Contact _____

Contact phone _____

---

**12**

Frank Thirion
4331 Short Hill Rd.
Oakland, CA 94605-4646

What is the nature of the claim?     4331 Short Hill Rd     $ **$43,725.38**
Oakland, CA
94605-4646

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
☐ No
■ Yes. Total claim (secured and unsecured)     $ **$43,725.38**
    Value of security:     - $ **$0.00**
    Unsecured claim     $ **$43,725.38**

Contact _____

Contact phone _____

---

**13**

Internal Revenue Service
Centralized Insolvency Unit
PO Box 7346
Philadelphia, PA 19101-7346

What is the nature of the claim?     back taxers     $ **$90,000.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

B 104 (Official Form 104)     For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims     Page 4

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case: 19-41221     Doc# 1     Filed: 05/28/19     Entered: 05/28/19 08:25:32     Page 18 of 24

Debtor 1 **Darren Dwayne Austin**
Debtor 2 **Ganice Morgan Austin**           Case number *(if known)* _____

☐ None of the above apply

_____

**Does the creditor have a lien on your property?**

■ No

_____ Contact

☐ Yes. Total claim (secured and unsecured)   $ _____

_____ Contact phone

         Value of security:    - $ _____

         Unsecured claim      $ _____

---

**14**

**Wells Fargo Dealer Services**
**Attn: Bankruptcy**
**Po Box 19657**
**Irvine, CA 92623**

What is the nature of the claim?    **2008 infinity G-35 Vehicle:**    $ **$2,244.00**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

☐ No

_____ Contact

■ Yes. Total claim (secured and unsecured)   $ **$7,044.00**

_____ Contact phone

         Value of security:    - $ **$4,800.00**

         Unsecured claim      $ **$2,244.00**

---

**Part 2:**   **Sign Below**

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X **/s/ Darren Dwayne Austin**             X **/s/ Ganice Morgan Austin**
   **Darren Dwayne Austin**                   **Ganice Morgan Austin**
   Signature of Debtor 1                      Signature of Debtor 2

Date   **May 28, 2019**                   Date   **May 28, 2019**

B 104 (Official Form 104)        For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims        Page 5

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Ally Financial
Attn: Bankruptcy
Po Box 380901
Bloomington, MN 55438


American Education Services
Attn: Bankruptcy
Po Box 2461
Harrisburg, PA 17105


AmeriCredit/GM Financial
Attn: Bankruptcy
Po Box 183853
Arlington, TX 76096


Bmw Financial Services
Attn: Bankruptcy Department
Po Box 3608
Dublin, OH 43016


Business & Professional Coll Svc
Attn: Bnkruptcy
Po Box 872
Reno, NV 89504


Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130


Citibank/Best Buy
Attn: Bankruptcy
Po Box 790441
St. Louis, MO 63179


City of Oakland
Mandatory Garbage Section
150 Frank H. Ogawa Plaza, Suite 5342
Oakland, CA 94612

Credit One Bank
Attn: Bankruptcy Department
Po Box 98873
Las Vegas, NV 89193


David Sternberg
540 Lennon Ln Suite A
Walnut Creek, CA 94598


Department of Education/Nelnet
Attn: Claims
Po Box 82505
Lincoln, NE 68501


Deptartment Store National Bank/Macy's
Attn: Bankruptcy
9111 Duke Boulevard
Mason, OH 45040


Ecmc Group
Attn: Bankruptcy
111 Washington Ave South  Ste 1400
Minneapolis, MN 55401


Equifax Information Services
P.O. Box 740256
Atlanta, GA 30374


ERC/Enhanced Recovery Corp
Attn: Bankruptcy
8014 Bayberry Road
Jacksonville, FL 32256


Experian
Po Box 2002
Allen, TX 75013

Federal Taxes
958 Larkspur
Oakland, CA 94610


FedLoan Servicing
Attn: Bankruptcy
Po Box 69184
Harrisburg, PA 17106


Franchise Tax Board
Bankruptcy Section, MS A-340
PO Box 2952
Sacramento, CA 95812-2952


Frank Thirion
4331 Short Hill Rd.
Oakland, CA 94605-4646


Internal Revenue Service
Centralized Insolvency Unit
PO Box 7346
Philadelphia, PA 19101-7346


Janiel Jolley
1814 Franklin Street 800
Oakland, CA 94610


Lakeshore Homes Association, Corporation
907 Underhills Road
Oakland, CA 94610


Lincoln Automotive Financial Service
Attn: Bankruptcy
Po Box 542000
Omaha, NE 68154

Navient
Attn: Bankruptcy
Po Box 9640
Wilkes-Barre, PA 18773


Patelco Credit Union
Attn: Bankruptcy
Po Box 2227
Merced, CA 95344


Patelco Credit Union
c/o Scheer Law Group
Attn: Reilly Wilkinson
155 N. Redwood Drive, Suite 100
San Rafael, CA 94903


Redwood Day School
3245 Sheffield Ave,
Oakland, CA 94602


Rfcs/home Depot Hil
Po Box 965005
Orlando, FL 32896


Self Help Federal Cr
2504 Tenaya Dr
Modesto, CA 95354


Synchrony Bank
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896


Target
Attn: Bankruptcy
Po Box 9475
Minneapolis, MN 55440

TransUnion
P.O. Box 2000
Chester, PA 19022-2000


Wells Fargo Dealer Services
Attn: Bankruptcy
Po Box 19657
Irvine, CA 92623