| | |
|---|---|
| 1 | SCHEER LAW GROUP, LLP |
| | JOSHUA L. SCHEER #242722 |
| 2 | REILLY D. WILKINSON #250086 |
| | 155 N. Redwood Drive, Suite 100 |
| 3 | San Rafael, CA 94903 |
| | Telephone: (415) 491-8900 |
| 4 | Facsimile: (415) 491-8910 |
| | rwilkinson@scheerlawgroup.com |
| 5 | PH.061-13448S-M |

Attorneys for:
PATELCO CREDIT UNION, its successors and/or assignees

UNITED STATES BANKRUPTCY COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re: | Bk. No. 19-41221 |
| DARREN DWAYNE AUSTIN *and* | Chapter 11 |
| GANICE MORGAN AUSTIN, | |
| | REQUEST FOR SPECIAL NOTICE |
| Debtor(s). | |

Attorneys for PATELCO CREDIT UNION, its successors and/or assignees requests that it be served with a copy of all notices required to be mailed to any creditor, equity security holder, or indenture trustee, in accordance with the provision of Rule 2002 (in its entirety) at the following address:

PATELCO CREDIT UNION, its successors and/or assignees
c/o SCHEER LAW GROUP, LLP
155 N. Redwood Drive, Suite 100
San Rafael, California 94903


SCHEER LAW GROUP, LLP

DATED: May 31, 2019      /s/ REILLY D. WILKINSON
                         #250086

Case: 19-41221    Doc# 9    Filed: 05/31/19    Entered: 05/31/19 15:57:03    Page 1 of 3

```
 1  SCHEER LAW GROUP, LLP
    JOSHUA L. SCHEER #242722
 2  REILLY D. WILKINSON #250086
    155 N. Redwood Drive, Suite 100
 3  San Rafael, CA 94903
    Telephone: (415) 491-8900
 4  Facsimile: (415) 491-8910
    rwilkinson@scheerlawgroup.com
 5  PH.061-13448S-M

 6  Attorneys for:
 7  PATELCO CREDIT UNION, its successors and/or assignees
```

UNITED STATES BANKRUPTCY COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| In re: | Bk. No. 19-41221 |
|---|---|
| DARREN DWAYNE AUSTIN *and* | Chapter 11 |
| GANICE MORGAN AUSTIN, | CERTIFICATE OF SERVICE BY MAIL |
| Debtor(s). | |

I, Florence Huynh, declare that:

I am employed in the County of Orange, State of California. I am over the age of 18 and am not a party to the within action; my business address is 26522 La Alameda, Suite 205, Mission Viejo, CA 92691.

On May 31, 2019 I served the within REQUEST FOR SPECIAL NOTICE on the interested parties in this action by placing true and correct copies thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Mission Viejo, California, addressed as follows:

///

///

| | |
|---|---|
| 1 | **DEBTOR** |
| | Darren Dwayne Austin |
| 2 | Ganice Morgan Austin |
| | 958 Larkspur Road |
| 3 | Oakland, CA 94610 |
| 4 | **DEBTOR'S COUNSEL** |
| | Matthew D. Metzger |
| 5 | Belvedere Legal, PC |
| | 1777 Borel Pl. #314 |
| 6 | San Mateo, CA 94402 |
| 7 | **U.S. TRUSTEE** |
| | Office of the U.S. Trustee/Oak |
| 8 | Phillip J. Burton Federal Building |
| | 450 Golden Gate Ave., 5th Fl., #05-0153 |
| 9 | San Francisco, CA 94102 |

[ X ] (By Mail [Federal]) I placed such envelope with postage thereon fully prepaid in the United States mail at Mission Viejo, California.

[ ] (By Mail [State]) I am readily familiar with Scheer Law Group, LLP's practice for the collection and processing of correspondence for mailing with the United States Postal Service; it is deposited with the United States Postal Service on the same date in the ordinary course of business at the business address shown above; I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing contained in this declaration.

[ ] (By Personal Service) I caused such envelope to be delivered by hand to the addressee(s).

[ X ] Executed on May 31, 2019, at Mission Viejo, California.

[ X ] (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[ X ] (Federal) I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

Florence Huynh

2