MATTHEW D. METZGER (SBN 240437)
mmetzger@belvederelegal.com
BELVEDERE LEGAL PC
1777 Borel Place, Suite 314
San Mateo, CA 94402
Telephone:   (415) 513-5980
Facsimile:   (415) 513-5985

*Attorneys for Debtor*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| **In re** <br><br> **AUSTIN, DARREN DWAYNE** <br> **AUSTIN, GANICE MORGAN** <br><br> **Debtor(s).** <br><br> **SSN: XXX-XX-0479** <br> **SSN: XXX-XX-0935** | Case No. 19-41221 CN 11 <br><br> Chapter 11 <br><br> **Date:** <br> **Time:** <br> **Place:** Courtroom 215 <br>     1300 Clay Street <br>     Oakland, CA  94612 <br> **Judge:** Hon. Charles Novack |

## DECLARATION OF KEVIN HESLIN
## IN SUPPORT OF
## APPLICATION TO EMPLOY KEVIN HESLIN AS LOAN BROKER

I, Kevin Heslin, declare as follows:

   1.   I am a professional real estate broker and commercial loan officer and owner of Church Capital Corporation.  I make this declaration in support of the Debtors' Application to

1

Case No. 19-41221 CN 11; *In re Austin*
Heslin Declaration

Employ Kevin Heslin as Loan Broker. I have personal knowledge of the matters stated herein and if called as a witness, I could and would competently testify to the following.

### Services to Be Rendered

2. I have been retained – subject to Court approval – by the above-captioned Debtors to negotiate and secure – subject to Court approval – a post-petition loan to cure arrears on the senior lien and refinance all junior liens on the real property of the Debtors' bankruptcy estate commonly known as 958 Larkspur Rd., Oakland, CA 94610, APN 011-0890-004-00 (the "Subject Property").

3. My company, Church Capital Corporation, will serve as the originating broker on the transaction and will receive a three percent (3%) commission and expense reimbursement on the transaction.

4. My BRE license number is 01269615.

5. The BRE license number of Church Capital Corporation is 01964703.

6. At present, my license is under "Restricted" status, but Church Capital Corporation's license is not restricted.

7. The restrictions on my individual BRE license will not have any effect on my ability to close the proposed loan transaction.

8. A true and correct copy of my resume is attached hereto as Exhibit A.

9. A true and correct copy of the letter of intent that Church Capital Corporation sent to the Debtor is attached hereto as Exhibit B.

10. A true and correct copy of proposed Mortgage Loan Disclosure Statement (the "HUD Statement") is attached hereto as Exhibit C.

11. The only contingencies on the loan are: 1) court approval; 2) the loan will be in second position; 3) the fair market value of the Subject Property contains the requisite loan-to-value ("LTV") ratio.

12. Towards that end, we will need to conduct an appraisal of the property to confirm the LTV ratio, before I can finalize the funding and the loan documents.

1

Case No. 19-41221 CN 11; *In re Austin*
Heslin Declaration

Case: 19-41221    Doc# 17-1    Filed: 06/11/19    Entered: 06/11/19 23:18:27    Page 2 of 12

13. Due to the fact that the appraisal fee is only three-hundred ninety five dollars ($395.00), I intend to have Church Capital Corporation to hire said appraiser and receive reimbursement for said expense through escrow.

14. Alternatively, if the Office of the United States Trustee (the "UST") or the Court object to the loan broker bearing the $395 appraisal cost and receiving reimbursement through escrow, I am informed that the Debtor can and will separately apply to employ the appraiser.

15. The name and contact information for said appraiser is as follows:
Sailesh Krishna
Blue Print Appraisals
7206 Nancy Pl,
Newark, CA 94560

16. I agree to and understand that my compensation is subject to the approval of the Bankruptcy Court, and specifically to the Northern District's Guidelines for Compensation and Expense Reimbursement of Professional and Trustees, located at the following location within the Court's website:

**http://www.canb.uscourts.gov/procedure/guidelines-compensation-and-expense-reimbursement-professional-and-trustees**

17. I also understand that the Court does not approve of dual agency.

18. I confirm herein that will represent only the Debtors' side of any loan transaction.

19. The funding of the proposed loan will be through an individual named Elisa Maxwell Rosenthal.

20. Although I met the Debtor pre-petition to discuss the terms of the loan, I am not owed any money.

21. Neither Church Capital Corporation nor I are creditors of the chapter 11 estate.

**Compensation Arrangement**

22. The proposed loan agreement provides that my commission will be three percent (3%) of the funded loan amount, plus expense reimbursement, as identified in Exhibit C.

23. The compensation structure is reasonable, standard, and in accordance with commercial lending practice

2

**Other Professional Relationships**

24. I have been a real estate broker and commercial loan officer for over 10 years

25. Accordingly, I have developed many business relationships, though I do not have any present connection, material or otherwise, to the Debtor's estate or the Debtor's creditors.

26. I am not a creditor of the Debtor's estate.

27. I am not owed anything for services rendered on behalf of the Debtor's estate.

28. Neither I nor Church Capital Corporation has lent any monies to the Debtor.

29. To the best of my knowledge, information, and belief, I do not represent or hold any interest that is adverse to the Debtors or to the bankruptcy estate with respect to the matters on which I am to be employed.

30. Based on my experience and expertise in the real estate industry, I am well qualified to represent the Debtor in connection with the matters set forth herein and as such my retention is in the Debtors' best interests, the best interests of the bankruptcy estate, and the Debtors' creditors.

31. Other than what I already have disclosed above, to the best of my knowledge and belief, I have no connection with the Debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any other person employed in the office of the United States Trustee.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on June 11, 2019, at Oakland, California.

                                                          /s/ *Kevin Heslin*
                                                          Kevin Heslin

# EXHIBIT A

# Kevin Heslin
# 8654 International Blvd Oakland CA 94621
510-798-9464

kevinheslin@hotmail.com

## Real Estate/Loan Officer Work History:

**Broker-Owner**
**Church Capital Corporation**
**East Bay Realty and Lending**
**2002-Present**
**Oakland California**
Responsible for Loan Origination and all aspects of loan process from application through close. Originated all forms of loans including Sub prime, Alt A, and Hard Money. Responsible for all aspects of real estate sales process including; Listings, Buyer Transactions, Disclosures. **Property Management Duties included; marketing rental property, showing rental property, screening applicants, employment verification, pre/post tenancy inspection, coordinated major and minor repair work with handymen, collected rent payments and successfully completed eviction.**

**Loan Officer**
**Access Banc Mortgage 2000-2002**
**San Jose CA**
Responsible for Loan Origination and all aspects of loan process from application through close. Originated all forms of loans including Sub prime, Alt A, and Hard Money.

**Loan Officer**
**Coast Capital Corporation 1998-2000**
**Palo Alto**
Responsible for Loan Origination and all aspects of loan process from application through close. Originated all forms of loans including Sub prime, Alt A, and Hard Money.

## Education

**Northwestern California University School of Law**
**2008-2012**
**Juris Doctor**
**Successfully completed 4 year Juris Doctor program and successfully passed the First Year Law Student Examination administered by the California Bar Association.**

**San Jose State University**
**1992-1997**
**Bachelor of Science: Political Science;**
**SuccessfullyCompleted four years of study and received a B.S. in Political Science. Dean's Scholar; 3.8 G.P.A.**

# EXHIBIT B

Kevin Joseph Heslin
Chief Executive Officer
Church Capital Corporation
8654 International Blvd.
Oakland, CA 94621

June 4, 2019

Matthew D. Metzger, Esq.
Belvedere Legal, PC
1777 Borel Place, Suite 314
San Mateo, CA 94402
Proposed Counsel for Chapter Debtor-in-Possession

Dear Mr. Metzger

This letter confirms the loan my company, Church Capital Corporation, proposes to lend to Ganice Morgan Austin, subject to Bankruptcy Court Approval.

This is a business purpose loan as Ms. Morgan Austin is a broker.
The collateral for the loan will be the real property commonly known 958 Larkspur Drive, Oakland, CA 94610.

The loan amount is four-hundred thousand dollars ($400,000.00), payable as 12% interest, in monthly interest-only payments. Total closing and costs and commission on the loan are $12,630.00

The only contingencies are 1) bankruptcy court approval; and 2) that the proposed lien be in second position, behind Patelco Credit Union.

A proposed HUD statement is attached.
The loan is ready to fund as soon as we obtain approval from the bankruptcy court.

Sincerely,

Church Capital Corporation.

_____
Kevin Joseph Heslin
Chief Executive Officer

# EXHIBIT C

STATE OF CALIFORNIA
DEPARTMENT OF REAL ESTATE

# MORTGAGE LOAN DISCLOSURE STATEMENT (TRADITIONAL)

RE 882 (Rev. 10/10)

BORROWER'S NAME(S)
Ganice Morgan & Darren D. Austin

REAL PROPERTY COLLATERAL: THE INTENDED SECURITY FOR THIS PROPOSED LOAN WILL BE A DEED OF TRUST OR MORTGAGE ON (STREET ADDRESS OR LEGAL DESCRIPTION)
958 Larkspur Drive, Oakland, CA 94610

THIS MORTGAGE LOAN DISCLOSURE STATEMENT IS BEING PROVIDED BY THE FOLLOWING CALIFORNIA REAL ESTATE BROKER ACTING AS A MORTGAGE BROKER
Church Capital Corporation

INTENDED LENDER TO WHOM YOUR LOAN APPLICATION WILL BE DELIVERED (IF KNOWN)  ☐ Unknown
Elise Maxwell Rosenthal

- For any federally related mortgage loans, HUD/RESPA laws require that a Good Faith Estimate (GFE) be provided. A RE 882 Mortgage Loan Disclosure Statement (MLDS) is required by California law and must also be provided.
- The information provided below reflects estimates of the charges you are likely to incur at the settlement of your loan. The fees, commissions, costs and expenses listed are estimates; the actual charges may be more or less. Your transaction may not involve a charge for every item listed and any additional items charged will be listed.

| Item | Paid to Others | Paid to Broker |
|---|---|---|
| **Items Payable in Connection with Loan** | | |
| Mortgage Broker Commission/Fee | | $12000 |
| Lender's Loan Origination Fee | $0.00 | |
| Lender's Loan Discount Fee | $0.00 | |
| Appraisal Fee | $0.00 | $ |
| Credit Report | $0.00 | $ |
| Lender's Inspection Fee | $ | $ |
| Tax Service Fee | $0.00 | $ |
| Processing Fee | $ | $795 |
| Underwriting Fee | $ | $795 |
| Wire Transfer Fee | $100 | $ |
| **Items Required by Lender to be Paid in Advance** | | |
| Interest for 15 days at $ 66.66 per day | $ | $ |
| Hazard Insurance Premiums | $0.00 | $ |
| County Property Taxes | $0.00 | $ |
| Mortgage Insurance Premiums | $0.00 | $ |
| VA Funding Fee/FHA MIP/PMI | $0.00 | $ |
| Other: _____ | $ | $ |
| **Reserves Deposited with Lender** | | |
| Hazard Insurance: ___ months at $_____/mo. | $0.00 | $ |
| Co. Property Taxes: ___ months at $_____/mo. | $0.00 | $ |
| Mortgage Insurance: ___ months at $_____/mo. | $0.00 | $ |
| Other: _____ | $0.00 | $ |
| **Title Charges** | | |
| Settlement or Closing/Escrow Fee | $475 | $ |
| Document Preparation Fee | $ | $795 |
| Notary Fee | $200 | $ |
| Title Insurance | $531 | $ |
| Other: (CLTA 110.9-06) | $89 | $ |
| **Government Recording and Transfer Charges** | | |
| Recording Fees | $350 | $ |
| City/County Tax/Stamps | $ | $ |
| Other: _____ | $ | $ |
| **Additional Settlement Charges** | | |
| Pest Inspection | $ | $ |
| Credit Life, and/or Disabilty Insurance (See Note below)* | $ | $ |
| **Subtotals of Initial Fees, Commissions, Costs and Expenses** | $2745 | $14385 |
| **Total of Initial Fees, Commissions, Costs and Expenses** | $17,130 | |
| **Compensation to Broker (Not Paid Out of Loan Proceeds)** | | |
| Yield Spread Premium, Service Release Premium or Other Rebate Received from Lender $_____ | | |
| Yield Spread Premium, Service Release Premium or Other Rebate Credited to Borrower $_____ | | |
| Total Amount of Compensation Retained by Broker | | $_____ |

* Note: The purchase of Credit Life and/or Disability Insurance is NOT required as a condition of making this proposed loan.

## ADDITIONAL REQUIRED CALIFORNIA DISCLOSURES

| | |
|---|---|
| Proposed Loan Amount | $400,000 |
| Initial Commissions, Fees, Costs, and Expenses Summarized on Page 1 | $117,130 |
| Down Payment or Loan Payoffs/Creditors (List): | $ |
| Patelco | $200,000 |
| IRS | $40,000 |
| City of Oakland | $1,728 |
| **Subtotal of All Deductions** | $254,358 |
| Estimated Cash at Closing ☐ To You ☐ That You Must Pay | $548.00 |

## GENERAL INFORMATION ABOUT LOAN

PROPOSED INTEREST RATE: 12 %

☒ FIXED RATE  ☐ INITIAL VARIABLE RATE

Proposed Monthly Loan Payments: $2,500 Principal & Interest (P&I)
If the loan is a variable interest rate loan, the payment will vary. See loan documents for details.

Total Number of Installments: _____
Loan Term: _____ Years  36 Months

## BALLOON PAYMENT INFORMATION

IS THIS LOAN SUBJECT TO A BALLOON PAYMENT?
☒ Yes ☐ No

DUE DATE OF FINAL BALLOON PAYMENT (ESTIMATED MONTH/DAY/YEAR)

AMOUNT OF BALLOON PAYMENT
$

IF YES, THE FOLLOWING PARAGRAPH APPLIES:

**NOTICE TO BORROWER: IF YOU DO NOT HAVE THE FUNDS TO PAY THE BALLOON PAYMENT WHEN IT COMES DUE, YOU MAY HAVE TO OBTAIN A NEW LOAN AGAINST YOUR PROPERTY TO MAKE THE BALLOON PAYMENT. IN THAT CASE, YOU MAY AGAIN HAVE TO PAY COMMISSIONS, FEES, AND EXPENSES FOR THE ARRANGING OF THE NEW LOAN. IN ADDITION, IF YOU ARE UNABLE TO MAKE THE MONTHLY PAYMENTS OR THE BALLOON PAYMENT, YOU MAY LOSE THE PROPERTY AND ALL OF YOUR EQUITY THROUGH FORECLOSURE. KEEP THIS IN MIND IN DECIDING UPON THE AMOUNT AND TERMS OF THIS LOAN.**

## PREPAYMENT INFORMATION

PREPAYMENT PENALTY?
☐ Yes ☒ No

# OF YEARS THAT PREPAYMENT PENALTY IS IN EFFECT

MAXIMUM DOLLAR AMOUNT OF PENALTY

IS THERE A PREPAYMENT PENALTY FOR PAYING IN EXCESS OF 20% OF THE ORIGINAL OR UNPAID LOAN BALANCE?
☐ Yes ☒ No  If Yes, see loan documents for details.

## TAXES AND INSURANCE

IMPOUND ACCOUNT?
☐ Yes ☒ No

APPROXIMATE AMOUNT THAT WILL BE COLLECTED MONTHLY
$

IMPOUND ACCOUNT WILL INCLUDE

| County Property Taxes | Mortgage Insurance | Hazard Insurance | Flood Insurance | Other: _____ |
|---|---|---|---|---|
| ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No |

IF NO, PLAN FOR THESE PAYMENTS ACCORDINGLY →

BORROWER MUST PLAN FOR PAYMENTS OF THE FOLLOWING ITEMS

| County Property Taxes | Mortgage Insurance | Hazard Insurance | Flood Insurance | Other: _____ |
|---|---|---|---|---|
| ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No |

**Note:** In a purchase transaction, county property taxes are calculated based on the sales price of the property and may require the payment of an additional (supplemental) tax bill issued by the county tax authority. The payment of county property taxes (including supplemental bills) may be paid by your lender if an impound/escrow account has been established.

If an impound/escrow account has not been established, the payment of all tax bills including any and all supplemental tax bills will be the responsibility of the borrower(s).

## OTHER LIENS

LIENS CURRENTLY ON THIS PROPERTY FOR WHICH THE BORROWER IS OBLIGATED

| Lienholder's Name | Amount Owing | Priority |
|---|---|---|
| Patelco Bank | 150,000 | |
| City of Oakland | 1,728 | |
| Lakeshore Homes Association | 800 | |

LIST LIENS THAT WILL REMAIN OR ARE ANTICIPATED TO REMAIN ON THIS PROPERTY AFTER THE PROPOSED LOAN FOR WHICH YOU ARE APPLYING IS MADE OR ARRANGED (INCLUDING THE PROPOSED LOAN FOR WHICH YOU ARE APPLYING):

| Lienholder's Name | Amount Owing | Priority |
|---|---|---|
| Patelco Bank | 790,000 | |
| This loan | 250,000 | |
| | | |

**NOTICE TO BORROWER: BE SURE THAT YOU STATE THE AMOUNT OF ALL LIENS AS ACCURATELY AS POSSIBLE. IF YOU CONTRACT WITH THE BROKER TO ARRANGE THIS LOAN, BUT IT CANNOT BE ARRANGED BECAUSE YOU DID NOT STATE THESE LIENS CORRECTLY, YOU MAY BE LIABLE TO PAY COMMISSIONS, COSTS, FEES, AND EXPENSES EVEN THOUGH YOU DO NOT OBTAIN THE LOAN.**

## ARTICLE 7 COMPLIANCE

If this proposed loan is secured by a first deed of trust in a principal amount of less than $30,000 or secured by a junior lien in a principal amount of less than $20,000, the undersigned broker certifies that the loan will be made in compliance with Article 7 of Chapter 3 of the Real Estate Law.

WILL THIS LOAN BE MADE WHOLLY OR IN PART FROM BROKER CONTROLLED FUNDS AS DEFINED IN SECTION 10241(J) OF THE BUSINESS AND PROFESSIONS CODE?

☐ May  ☐ Will  ☒ Will Not

Note: If the broker indicates in the above statement that the loan "may" be made out of broker-controlled funds, the broker must inform the borrower prior to the close of escrow if the funds to be received by the borrower are in fact broker-controlled funds.

## STATED INCOME

IS THIS LOAN BASED ON LIMITED OR NO DOCUMENTATION OF YOUR INCOME AND/OR ASSETS?

☐ Yes  ☒ No   If Yes, be aware that this loan may have a higher interest rate or more points or fees than other products requiring documentation.

## NOTICE TO BORROWER: THIS IS NOT A LOAN COMMITMENT

Do not sign this statement until you have read and understood all of the information in it. All parts of this form must be completed before you sign it. Borrower hereby acknowledges the receipt of a copy of this statement.

| NAME OF BROKER<br>Church Capital Corporation | LICENSE ID NUMBER<br>01964703 | BROKER'S REPRESENTATIVE | LICENSE ID NUMBER |
| --- | --- | --- | --- |
|  | NMLS ID NUMBER |  | NMLS ID NUMBER |
| BROKER'S ADDRESS<br>8654 International Blvd. Oakland, CA 94621 | | | |
| BROKER'S SIGNATURE | DATE | OR SIGNATURE OF REPRESENTATIVE | DATE |
| BORROWER'S SIGNATURE | DATE | BORROWER'S SIGNATURE | DATE |

**Department of Real Estate license information telephone number: 877-373-4542, or check license status at www.dre.ca.gov**

**NMLS - http://mortgage.nationwidelicensingsystem.org/about/pages/nmlsconsumeraccess.aspx**

**The Real Estate Broker negotiating the loan shall retain on file for a period of three years a true and correct copy of this disclosure signed and dated by the borrower(s).**

**THE RE 885 MORTGAGE LOAN DISCLOSURE STATEMENT, NON-TRADITIONAL MORTGAGE MUST BE USED FOR NON-TRADITIONAL MORTGAGE LOANS OF RESIDENTIAL PROPERTY (1-4 UNITS).**

Non-Traditional Mortgage Loans are loan products that allow the borrower to defer payments of principal or interest. If any of the payments are not full principal and interest payments, then it is considered a Non-Traditional Mortgage Loan.