MATTHEW D. METZGER (SBN 240437)
mmetzger@belvederelegal.com
BELVEDERE LEGAL, PC
1777 Borel Place, Suite 314
San Mateo, CA 94402
Telephone: (415) 513-5980
Facsimile: (415) 513-5985

*Attorneys for Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| **In re**<br><br>**AUSTIN, DARREN DWAYNE**<br>**AUSTIN, GANICE MORGAN**<br><br>**Debtor(s).**<br><br>**SSN: XXX-XX-0479**<br>**SSN: XXX-XX-0935** | Case No. 19-41221 CN 11<br><br>Chapter 11<br><br>**Date:** June 27, 2019<br>**Time:** 10:00 a.m.<br>**Place:** Courtroom 215<br>1300 Clay Street<br>Oakland, CA 94612<br>**Judge:** Hon. Charles Novack |

**DECLARATION OF DARREN DWAYNE AUSTIN**
**IN SUPPORT OF**
**CONSOLIDATED MOTION TO: 1) EXTEND AUTOMATIC STAY AS TO JOINT DEBTOR GANICE MORGAN AUSTIN; AND**
**2) IMPOSE AUTOMATIC STAY AS TO DEBTOR DARREN DWAYNE AUSTIN**

I, Darren Dwayne Austin, declare as follows:

1. I am the Debtor-in-Possession in the above-captioned chapter 11 bankruptcy case. I make this declaration in support of the Debtors' Consolidated Motion to: 1) Extend Automatic Stay as to Joint Debtor Ganice Morgan Austin; and 2) Impose Automatic Stay as to Debtor Darren Dwayne Austin. I have personal knowledge of the matters stated herein and if called as a witness, I could and would competently testify to the following.

2. For ease of reference, the declaration filed by Joint-Debtor Ganice Morgan Austin contains all details about all prior joint cases as well as the good cause supporting the filing of the instant chapter 11 case.

3. I make this separate declaration only because I alone filed Case Number 18-41541; thus, I am the only individual competent to testify as to the facts of said case filing.

4. On June 27, 2018, we filed a wrongful foreclosure action in state court, *Ganice Morgan-Austin and Darren D. Austin, Plaintiffs, v. Patelco Credit Union et al*, Superior Court for the State of California, County of Alameda, Case No. RG 18910554. Said complaint alleged violations of Cal. Civ. Code § 2923.5, breach of contract, and also sought declaratory relief.

5. Patelco Credit Union had a Trustee's foreclosure sale scheduled for July 5, 2018 on the real property of the estate commonly known as 958 Larkspur Rd., Oakland, CA 94610 (the "Property").

6. After we filed the state court action, we tried but were unable to obtain a hearing on a temporary restraining order ("TRO") prior to the July 5, 2018 sale date.

7. Attached as Exhibit A is a true and correct but redacted copy of my email from my then state court counsel, Mr. Jason Estavillo, confirming the same.

8. As a result, while we prosecuted our action in good-faith in state court, we no choice but to file for chapter 13 bankruptcy relief to enjoin said sale date, to try to reorganize our liabilities in Bankruptcy Court if the state court litigation were unsuccessful.

9. Thus, on July 3, 2018 18-41541, I filed an emergency skeleton chapter 13 case.

10. I filed in said in case in my name only, due to the fact my spouse, Ganice Morgan Austin had two (2) prior chapter 13 cases dismissed within 12 months of the July 3, 2018 petition date; thus, no automatic stay would have been available as to my spouse.

11. I intended to proceed with the prosecution of the chapter 13 case if we were unable to obtain the relief in state court.

12. However, as soon as I learned that we would likely obtain the required relief in state court, I admit that I abandoned the chapter 13 filing and failed to timely file the balance of schedules and I did not oppose the Chapter 13 Trustee's motion to dismiss said case.

1

13. The chapter 13 case was dismissed on July 19, 2018.

14. On August 1, 2018, the state court found good cause to issue a TRO on August 1, 2018, precluding any further foreclosure activity pending the OSC re: preliminary injunction on September 26, 2018.

15. Attached as Exhibit B is a true and correct copy of the August 1, 2018 order granting, *inter alia,* the request for a TRO.

16. Additionally, Patelco Credit Union ("Patelco") ultimately rescinded the Notice of Default ("NOD") on May 7, 2019. Attached as Exhibit C is a true and correct copy of the Recission of Notice of Default and Election to Sell Under Deed of Trust.

17. Attached as Exhibit D is a true and correct copy of May 29, 2019 Notice of Sale.

18. After the prior NOD was rescinded on May 7, 2019, it does not appear that Patelco recorded a new NOD before attempting to proceed with the May 29, 2019 sale date.

19. Given the significant equity in the Subject Property, it was our reasonable expectation that we would have consummated a refinance of all liens on the Subject Property prior to the expiration of the new 90 day period.

20. However, Patelco schedule new foreclosure sale date on May 29, 2019, before we could consummate the refinance.

21. As indicated in the Application to Employ Kevin Heslin as loan broker (Dkt No. 17), we are now ready to move forward with a refinance in the amount of four-hundred thousand dollars ($400,000.00).

22. Said refinance will be enough to pay all arrears on the Patelco senior lien and reinstate said lien and pay in full all involuntary junior liens on the Subject Property.

23. Attached as Exhibit E is a true and correct copy of Patelco's Notice of Patelco's Postponement of Trustee's Sale to July 1, 2019.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on June 13, 2019 at Oakland, California.

                                                         /s/ *Darren Dwayne Austin*
                                                         Darren Dwayne Austin

2

Case No. 19-41221 CN 11; *In re Austin*
Declaration of Darren Dwayne Austin

Case: 19-41221   Doc# 21-2   Filed: 06/13/19   Entered: 06/13/19 16:06:22   Page 3 of 13

# EXHIBIT A



Begin forwarded message:

**From:** Jason Estavillo <jason@estavillolaw.com>
**Date:** July 1, 2018 at 11:39:16 AM PDT
**To:** Ganice Morgan austin <gmorganaustin@gmail.com>
**Cc:** Yolanda Lepe <yolanda@estavillolaw.com>, Caitlin Phair <caitlin@estavillolaw.com>
**Subject: Update**

Good Morning Ganice,

I will be sending an email to introduce you to Doug Klein who will file your bankruptcy action since we cannot get before Judge Hayashi in Dept. 518 before the sale date on July 5th. In the meantime can you please take the online course which will be necessary before the bankruptcy action can be filed.

Here is a link to a credit counseling agency where you can take the course online:
https://www.debtorcc.org/bankruptcy-credit-counseling-course.aspx

Here is also a link for other approved credit counseling agencies:
https://www.justice.gov/ust/eo/bapcpa/ccde/CC_Files/CC_Approved_Agencies_HTML/cc_california/cc_california.htm

If you have any questions please do not hesitate to contact me. If you want to speak today please just email me and I will call you.

With Regards,


Jason W. Estavillo

Law Offices of Jason W. Estavillo, PC
1330 Broadway, Suite 501
Oakland, California 94612

jason@estavillolaw.com

# EXHIBIT B

Law Offices of Jason Estavillo
Attn: Estavillo, Jason W.
1330 Broadway
Suite 501
Oakland, CA   94612

# Superior Court of California, County of Alameda
# Hayward Hall of Justice

| | |
|---|---|
| Morgan-Austin<br><br>                    Plaintiff/Petitioner(s)<br><br>VS.<br><br>Patelco Credit Union<br><br>                    Defendant/Respondent(s)<br>(Abbreviated Title) | No. RG18910554<br><br>Application Re: Order Shortening Time Denied<br><br>Date:  08/01/2018<br>Time:  02:30 PM<br>Dept:  518 |

IT IS ORDERED that the Plaintiff's Application Re: Order Shortening Time is denied.

Plaintiff's request for a temporary restraining order precluding any further foreclosure activity pending the OSC re: preliminary injunction on September 26, 2018 is GRANTED.

Dated:  08/01/2018

_/s/ Dennis Hayashi_ (facsimile)

Judge Dennis Hayashi

# EXHIBIT C

```
                                                    2019083634    05/07/2019 10:38 AM
                                                    OFFICIAL RECORDS OF ALAMEDA COUNTY
                                                    MELISSA WILK
                                                        RECORDING FEE:      99.00
```

Recording Requested By
First American Title Insurance Company

When Recorded & Mail Tax Statements To :
First American Title Insurance Company
4795 Regent Blvd, Mail Code 1011-F
Irving, TX 75063

| | |
|---|---|
| APN: | 011-0890-004 |
| Property Address | 958 LARKSPUR ROAD |
| | OAKLAND CA 94610 |

TS Number    CA1900284814

## RESCISSION OF NOTICE OF DEFAULT AND ELECTION TO SELL
## UNDER DEED OF TRUST

NOTICE IS HEREBY GIVEN: That **First American Title Insurance Company** is duly appointed Trustee under a Deed of Trust dated **01/16/2004**, executed by **GANICE MORGAN-AUSTIN AND DARREN D. AUSTIN, WIFE AND HUSBAND AS JOINT TENANTS**, as Trustor(s), to secure certain obligations in favor of **PATELCO CREDIT UNION** as beneficiary, recorded **01/27/2004** as **2004031849**, of Official Records in the Office of the Recorder of **ALAMEDA COUNTY, CALIFORNIA** describing land therein as: **958 LARKSPUR ROAD, OAKLAND, CA, 94610, AS MORE FULLY DESCRIBED IN THE ABOVE MENTIONED DEED OF TRUST** said obligations including one note for the sum of $ **760,000.00**. Whereas, the present beneficiary under that certain Deed of Trust hereinabove described, heretofore delivered to the Trustee thereunder written Declaration of Default and Demand for Sale; and Whereas, Notice was heretofore given of breach of obligations for which said Deed of Trust is security and of election to cause to be sold the property therein described; and Whereas, a Notice of Default was recorded on the day and in the book and page set forth below: .

Notice was recorded on **02/28/2007** in the office of the Recorder of **ALAMEDA COUNTY, CALIFORNIA**, Instrument No. **2007089202** in Book/Page of Official Records.

NOW, THEREFORE, NOTICE IS HEREBY GIVEN that the present Beneficiary, does hereby rescind, cancel and withdraw said Declaration of Default and Demand for Sale and said Notice of Breach and Election to Cause Sale; it being understood, however, that this rescission shall not in any manner be construed as waiving or affecting any breach or default--past, present or future under said Deed of Trust, or as impairing any right or remedy thereunder, but is, and shall be deemed to be, only an election, without prejudice, not to cause a sale to be made pursuant to said Declaration and Notice, and shall nowise jeopardize or impair any right, remedy or privilege secured to the Beneficiary and/or the Trustee, under said Deed of Trust, nor modify nor alter in any respect any of the terms, covenants, conditions or obligations thereof, and said Deed of Trust and all obligations secured thereby are hereby reinstated and shall be and remain in force and effect the same as if said Declaration of Default and Notice of Breach had not been made and given.

Dated: _3/5/2019_____

PATELCO CREDIT UNION, BENEFICIARY OF SAID DEED OF TRUST

By: _____

**Dana T. Graves**
Loan Workout and Real Estate Collections Manager

**PATELCO CREDIT UNION**

# EXHIBIT D

# NOTICE OF SALE
## SUMMARY OF KEY INFORMATION

The attached notice of sale was sent to **GANICE MORGAN-AUSTIN AND DARREN D. AUSTIN, WIFE AND HUSBAND AS JOINT TENANTS** in relation to **958 LARKSPUR ROAD, OAKLAND, CA 94610.**

YOU ARE IN DEFAULT UNDER A DEED OF TRUST DATED **01/16/2004** UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE.

IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT A LAWYER.

The total amount due in the notice of sale is $ **924,185.33.**

Your property is scheduled to be sold on **05/29/2019  12:00 P.M.** at **At the Fallon Street emergency exit to the Alameda County Courthouse, 1225 Fallon St., Oakland, CA 94612.**

However, the sale date shown on the attached notice of sale may be postponed one or more times by the mortgagee, beneficiary, trustee, or a court, pursuant to Section 2924g of the California Civil Code. The law requires that information about trustee sale postponements be made available to you and to the public, as a courtesy to those not present at the sale. If you wish to learn whether your sale date has been postponed, and, if applicable, the rescheduled time and date for the sale of this property, you may call **(916)939-0772**, or visit this Internet Web site address **http://search.nationwideposting.com/propertySearchTerms.aspx** using the file number assigned to this case **CA1900284814** Information
about postponements that are very short in duration or that occur close in time to the scheduled sale may not immediately be reflected in the telephone information or on the Internet Web site. The best way to verify postponement information is to attend the scheduled sale.

If you would like additional copies of this summary, you may obtain them by calling **866-429-5179.**

Civil Code Section 2923.3(d)(2) (Revised 12/18/12)

# EXHIBIT E

May 29, 2019

Ganice Morgan-Austin
958 Larkspur Circle
Oakland, CA 94610

Re: Trustee's Sale No. CA1900284814
    Loan No:     **XXXXXXXXXX5-46**
    Property:     **958 LARKSPUR ROAD**
                        **OAKLAND, CA 94610**

## NOTICE OF POSTPONEMENT OF TRUSTEE'S SALE

You are hereby notified that the Trustee's Sale listed above has been postponed to **07/01/2019** at **12:00 P.M.**, at the location specified in the original Notice of Trustee's Sale.

### CAUTION: YOU MAY NOT RECEIVE WRITTEN NOTICE OF POSTPONEMENT EACH TIME THE TRUSTEE'S SALE IS POSTPONED

You can obtain information about future trustee's sale postponements by attending the scheduled trustee's sale at the location specified in the Notice of Trustee's sale and at the date and time set forth in the most recent public declaration of postponement. You may also obtain information about further trustee's sale postponements by calling **(916)939-0772** or through the following website
**http://search.nationwideposting.com/propertySearchTerms.aspx** and by accepting the terms and conditions for use of that resource. Postponement information obtained by calling the above number or accessing the above-referenced website is subject to change and is provided solely as a courtesy and without liability or recourse.

### UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE WITHOUT FURTHER NOTICE.

*This writing may be an attempt to collect a debt, and any information obtained may be used for that purpose. However, to the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this notice is for compliance and/or informational purposes only.*

                                                      First American Title Insurance Company,
                                                    As authorized agent for the Beneficiary

