MATTHEW D. METZGER (SBN 240437)
mmetzger@belvederelegal.com
BELVEDERE LEGAL, PC
1777 Borel Place, Suite 314
San Mateo, CA 94402
Telephone:     (415) 513-5980
Facsimile:     (415) 513-5985

*Attorneys for Debtors-in-Possession*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| **In re**<br><br>**AUSTIN, DARREN DWAYNE**<br>**AUSTIN, GANICE MORGAN**<br><br>Debtor(s).<br><br>**SSN: XXX-XX-0479**<br>**SSN: XXX-XX-0935** | Case No. 19-41221 CN 11<br><br>Chapter 11<br><br>**Date:** June 27, 2019<br>**Time:** 10:00 a.m.<br>**Place:** Courtroom 215<br>            1300 Clay Street<br>            Oakland, CA  94612<br>**Judge:** Hon. Charles Novack |

### NOTICE OF HEARING
### ON
### CONSOLIDATED MOTION TO: 1) EXTEND AUTOMATIC STAY AS TO JOINT DEBTOR GANICE MORGAN AUSTIN; AND
### 2) IMPOSE AUTOMATIC STAY AS TO DEBTOR DARREN DWAYNE AUSTIN

**TO: ALL CREDITORS; ALL PARTIES REQUESTING NOTICE, OFFICE OF THE UNITED STATES TRUSTEE; AND ANY AND ALL PARTIES OF INTEREST:**

**PLEASE TAKE NOTICE** that a hearing on the *Consolidated Motion to: 1) Extend Automatic Stay as to Joint Debtor Ganice Morgan Austin; and 2) Impose Automatic Stay as to Debtor Dwayne Austin* (the "Motion") filed by the above-captioned Debtors-in-Possession (the "Debtors") will be held on **June 27, 2019 at 10:00 a.m.**, or as soon thereafter as the matter may be

-1-

1  heard, before the Honorable Charles Novack, United States Bankruptcy Judge, at United States
2  Bankruptcy Court, Courtroom 215, 1300 Clay Street, Oakland, CA 94612.
3  **PLEASE TAKE FURTHER NOTICE** that pursuant to Local Rule 4001-2 (d) (1), the
4  hearing on the Debtors' Motion shall be on 14 days' notice. Any opposition may be presented in
5  writing, prior to or at the hearing, or orally, at the hearing.
6  Your rights may be affected. You should read these papers and the proposed relief
7  carefully and discuss them with an attorney.
8  WHEREFORE, IF NO OBJECTION IS MADE IN WRITTEN OR ORAL FORM, THE
9  DEBTORS REQUEST THAT THE RELIEF BE ALLOWED IN ITS ENTIRETY.
10 Respectfully submitted this 13th day of June, 2019

BELVEDERE LEGAL, PC

By: /s/ Matthew D. Metzger
MATTHEW D. METZGER
*Attorneys for Debtors-in-Possession*

-2-

Case No. 19-41221 CN 11; *In re Austin*
NOTICE OF HEARING