

The following constitutes the order of the Court.
Signed: June 19, 2019

_____
**Charles Novack**
**U.S. Bankruptcy Judge**

MATTHEW D. METZGER (SBN 240437)
mmetzger@belvederelegal.com
BELVEDERE LEGAL, PC
1777 Borel Place, Suite 314
San Mateo, CA 94402
Telephone: (415) 513-5980
Facsimile: (415) 513-5985

*Attorneys for Debtors-in-Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| **In re** <br><br> **AUSTIN, DARREN DWAYNE** <br> **AUSTIN, GANICE MORGAN** <br><br> Debtor(s). <br><br> SSN: XXX-XX-0479 <br> SSN: XXX-XX-0935 | Case No. 19-41221 CN 11 <br><br> Chapter 11 <br><br> **Date:** <br> **Time:** <br> **Place:** Courtroom 215 <br> 1300 Clay Street <br> Oakland, CA 94612 <br> **Judge:** Hon. Charles Novack |

<u>**ORDER**</u>
<u>**GRANTING**</u>
<u>**APPLICATION TO EMPLOY KEVIN HESLIN AS LOAN BROKER**</u>

This Court has considered the Debtors' Application to Employ Kevin Heslin as Loan Broker and the declaration of Kevin Heslin in support thereof. Based upon the record before the Court, the Court finds that the proposed real estate and commercial loan broker does not hold or

1

Case No. 19-41221 CN 11; *In re Austin*
ORDER GRANTING DEBTOR'S APPLICATION TO EMPLOY KEVIN HESLIN AS BROKER

1 represent any interest adverse to the estate on the matters on which he is to be employed, that the
2 proposed broker is disinterested, and that the broker's employment is in the best interest of the
3 estate. Accordingly, it is hereby
4     **ORDERED** that the Application is granted and the Debtors are authorized to employ
5 Kevin Heslin as their commercial loan broker under the terms and conditions set forth in the
6 Application. The Court's Guidelines for Compensation and Expense Reimbursement of
7 Professionals and Trustees will apply.
8                     \*\* END OF ORDER \*\*

2

Case No. 19-41221 CN 11; *In re Austin*
ORDER GRANTING DEBTOR'S APPLICATION TO EMPLOY KEVIN HESLIN AS BROKER

COURT SERVICE LIST