SCHEER LAW GROUP, LLP
JOSHUA L. SCHEER #242722
REILLY D. WILKINSON #250086
155 N. Redwood Drive, Suite 100
San Rafael, CA 94903
Telephone: (415) 491-8900
Facsimile: (415) 491-8910
rwilkinson@scheerlawgroup.com
PH.061-13448S-M

Attorneys for:
PATELCO CREDIT UNION, its successors and/or assignees

UNITED STATES BANKRUPTCY COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re:

DARREN DWAYNE AUSTIN and

GANICE MORGAN AUSTIN dba Ganice

Morgan-Austin,

Debtor(s).

Bk. No. 19-41221

Chapter 11

CERTIFICATE OF SERVICE BY MAIL

I, Florence Huynh, declare that:

I am employed in the County of Orange, State of California. I am over the age of 18 and am not a party to the within action; my business address is 85 Argonaut, Suite 202, Aliso Viejo, CA 92656.

On June 26, 2019 I served the within OPPOSITION TO DEBTORS' MOTION TO EXTEND AUTOMATIC STAY AS TO ALL CREDITORS, DECLARATION IN SUPPORT OF OPPOSITION TO DEBTORS' MOTION TO EXTEND/IMPOSE AUTOMATIC STAY and EXHIBITS on the interested parties in this action by placing true and correct copies thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Aliso Viejo, California, addressed as follows:

| | |
|---|---|
| 1 | **DEBTOR** |
| 2 | Darren Dwayne Austin<br>Ganice Morgan Austin<br>958 Larkspur Road |
| 3 | Oakland, CA 94610 |
| 4 | **DEBTORS' COUNSEL** |
| 5 | Matthew D. Metzger<br>Belvedere Legal, PC<br>1777 Borel Pl. #314 |
| 6 | San Mateo, CA 94402 |
| 7 | **U.S. TRUSTEE** |
| 8 | Office of the U.S. Trustee/Oak<br>Phillip J. Burton Federal Building<br>450 Golden Gate Ave., 5th Fl., #05-0153 |
| 9 | San Francisco, CA 94102 |
| 10 | **ATTORNEY FOR U.S. TRUSTEE** |
| 11 | Jason Blumberg<br>501 I St. #7-500 |
| 12 | Sacramento, CA 95814 |
| 13 | **NOTICE**<br>BMW Bank of North America Department<br>AIS Portfolio Services, LP |
| 14 | 4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118 |

[X] (By Mail [Federal]) I placed such envelope with postage thereon fully prepaid in the United States mail at Aliso Viejo, California.

[ ] (By Mail [State]) I am readily familiar with Scheer Law Group, LLP's practice for the collection and processing of correspondence for mailing with the United States Postal Service; it is deposited with the United States Postal Service on the same date in the ordinary course of business at the business address shown above; I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing contained in this declaration.

[ ] (By Personal Service) I caused such envelope to be delivered by hand to the addressee(s).

[X] Executed on June 26, 2019, at Aliso Viejo, California.

[X] (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[X] (Federal) I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

*/s/ Florence Huynh*